No. 172. UNITED STATES *v.* ROMANO ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 527. HANNA MINING CO. ET AL. *v.* DISTRICT 2, MARINE ENGINEERS BENEFICIAL ASSOCIATION, AFL–CIO, ET AL. Sup. Ct. Wis. Certiorari granted. *Lucian Y. Ray* for petitioners. *Lee Pressman, David Scribner* and *Joan Stern Kiok* for respondents. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* filed a memorandum for the United States. *James P. Garner, Albert J. Williams* and *Raymond T. Jackson* for Columbia Transportation Division of Oglebay Norton Co. et al., as *amici curiae,* in support of the petition.

No. 780. ROSENBLATT *v.* BAER. Sup. Ct. N. H. Certiorari granted. Counsel directed in addition to argue question whether, at time of respondent's employment as supervisor of recreation area, he was a "public official" under decisions of this Court in *New York Times Co.* v. *Sullivan,* 376 U. S. 254, and *Garrison* v. *Louisiana,* 379 U. S. 64. *Conrad E. Snow* for petitioner. *Stanley M. Brown* for respondent.

No. 348, Misc. SCIFO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Henry Rothblatt* for petitioner.